DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD DANIEL FALCON, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1122

[July 2, 2026]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca Ivy White, Judge; L.T. Case No. 312016CF000101AXXXXX.

Richard Daniel Falcon, Jr., Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***